Joseph A. Kaufman, No. 228319
**JOSEPH KAUFMAN & ASSOCIATES, INC.**
54 E. Holly Street
Pasadena, CA 91103
Telephone: 626-250-0405
Facsimile: 626-768-7066
joe@lemonlawaid.com

THE LAW OFFICE OF JEFFREY L LE PERE
Jeffrey L. Le Pere, SBN 201787
105 N. Rose Street, Ste 210
Escondido, CA 92027
Telephone: (858) 544-2292
*eservice@rvautolegalteam.com*

Attorneys for Plaintiff KRISTY KOHNDROW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY KOHNDROW, an individual, <br><br>      Plaintiff, <br><br>   v. <br><br> FORD MOTOR COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive, <br>      Defendants. | Case No. 5:23-cv-04354-PCP <br><br> **[PROPOSED] JUDGMENT ON PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT** <br><br> Honorable P. Casey Pitts <br> Magistrate Nathanael M Cousins <br><br> Removal Date: August 24, 2023 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Kristy Kohndrow shall recover from Defendant Ford Motor Company the amount of $56,565.73, any remaining balance for the 2020 Ford Mustang, VIN 1FA6PP8CF2L5187971.  Plaintiff will surrender the 2020 Ford Mustang to Ford Motor Company or its designee within sixty (60) days.

Plaintiff retains the right to petition the Corut for an award of reasonable attorney fees and costs recoverable pursuant to California Civil Code section 1794(d).  In ruling in Plaintiff's fee/cost motion(s), the attorney fees, expenses and costs shall be calculated as if Plaintiff was found to have prevailed in this action under California Civil Code section 1794(d).

IT IS SO ORDERED

Dated:  April 2, 2024

_____
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA